## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Allison Acevedo,

   Plaintiff,       Civil 10-410 (RHK/JJK)

vs.          **DISQUALIFICATION AND**
            **ORDER FOR REASSIGNMENT**

Johnson & Johnson, et al.,

   Defendants.


  The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

  **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

  **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: February 17, 2010

              s/Richard H. Kyle
              RICHARD H. KYLE
              United States District Judge